**SECOND DIVISION**
**MCFADDEN and MCMILLIAN , JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**December 9, 2013**

# In the Court of Appeals of Georgia

A12A0618. THE STATE v. GRUBE.

McFADDEN, Judge.

In *State v. Grube*, 293 Ga. 257 (744 SE2d 1) (2013), the Supreme Court of Georgia reversed the judgment of this Court in *State v. Grube*, 315 Ga. App. 885 (729 SE2d 42) (2012). Accordingly, we vacate our earlier opinion and adopt as our own the opinion and judgment of the Supreme Court.

*Judgment reversed. Barnes, P. J., and McMillian, J., concur.*